# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:20-CV-00196-KDB-DSC

| | | |
|---|---|---|
| **FRANCIS FORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **C R BARD INCORPORATED et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

THIS MATTER is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Jonathan Mencel]" (document #13) filed April 14, 2020. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: April 15, 2020

David S. Cayer
United States Magistrate Judge